JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-05881-ODW (JPRx) | Date | March 14, 2022 |
|---|---|---|---|
| Title | *Meghan Downing et al. v. Jo Malone, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of the Mediation Report, the Court ordered Plaintiff to file a dismissal that complies with Federal Rule of Civil Procedure 41 by March 11, 2022. (ECF No. 29.) The Court noted that "[f]ailure to timely comply with this order shall result in the dismissal of this action." Having received no response to the Court's order, this case is hereby **DISMISSED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                            : 00

Initials of Preparer   SE